# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
**TXu 1-706-718**

Effective date of registration:
January 25, 2011

---

## Title
**Title of Work:** NETMON, Associated Applications, and Libraries Version 15

## Completion/Publication
**Year of Completion:** 1998

## Author

- **Author:** SNMP Research, Inc
  **Author Created:** text, compilation, editing, computer program, artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** SNMP Research International, Inc
  **Author Created:** text, compilation, editing, computer program, artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** SNMP Research, Inc
3001 Kimberlin Heights Road, Knoxville, TN, 37920-9716, United States
**Transfer Statement:** By written agreement

## Limitation of copyright claim
**Material excluded from this claim:** Pre-existing third party computer code and documentation
**New material included in claim:** text, compilation, editing, computer program, artwork

## Rights and Permissions

Name: Jeffrey Dean Case
Email: casecopy@private.snmp.com
Address: 3001 Kimberlin Heights Road
Knoxville, TN 37920-9716 United States
Telephone: 865-573-1434

## Certification

Name: Dr. Jeffrey Dean Case, Founder and CTO, SNMP Research, Inc.
Date: January 18, 2011

Correspondence: Yes

Registration #: TXU001706718

Service Request #: 1-550275701

SNMP Research, Inc.
Jeffrey Dean Case
3001 Kimberlin Heights Road
Knoxville, TN 37920-9716 United States