# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

SNMP RESEARCH, INC., )
SNMP RESEARCH )
INTERNATIONAL, INC. )
)
    Plaintiffs, ) Case No.: 3:12-cv-00117
)
v. )
)
AVAYA INC. )
)
    Defendant. )

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs moves for admission to appear in this action *pro hac vice*.

I am a member in good standing of the highest court of a state, territory or the District of Columbia and I also am a member in good standing of another U.S. District Court. <u>A certificate of good standing ~~from each of those courts (state and district)~~ is attached.</u> (E.D. Tenn. L.R. 83.5(b)(1)). **FILING FEE = $60.00**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of March, 2012.

                                                                 /s/ James C. Pistorino
                                                                 JAMES C. PISTORINO

James C. Pistorino
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94303-1212
Telephone: (605) 838-4300
Facsimile: (605) 838-4350
Email: jpistorino@perkinscoie.com
7317-4
563110v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2012, the foregoing *Motion for Admission Pro Hac Vice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ John L. Wood
Reuben N. Pelot IV (BPR#014986)
John L. Wood (BPR#27642)
EGERTON, MCAFEE ARMISTEAD & DAVIS, P.C.
900 S. Gay Street
Knoxville, TN 37902
Telephone: (865) 546-0500
Facsimile: (865) 525-5293
Email: rpelot@emlaw.com
Email: jwood@emlaw.com

Attorneys for Plaintiffs
SNMP Research, Inc. and
SNMP Research International, Inc.

7317-4
563110v1

# THE STATE BAR OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 16, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES CHARLES PISTORINO, #226496 was admitted to the practice of law in this state by the Supreme Court of California on October 27, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records