UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP Research, Inc.
SNMP Research International, Inc.
v.
Avaya Inc

Case No. 3:12-cv-00117

## NOTICE OF DEFICIENCY - PRO HAC VICE MOTION

The motion for admission pro hac vice (Doc. 4) filed in this case does not comply with E.D.TN.LR 83.5(b)(1) for the following reason(s):

[ ] A certificate of good standing from the highest court of a state, territory or the District of Columbia has not been filed.

[X] A certificate of good standing from another district court has not been filed.

[X] The $60.00 filing fee has not been paid.

The motion may be summarily denied if the deficiency(ies) are not corrected within 15 days of this Notice.

Debra C. Poplin, Clerk of Court