IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | : | No. 3:12-cv-117 |
| | ) | |
| AVAYA INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF EXTENSION OF TIME TO RESPOND**

The Parties, by and through counsel and in accordance with LR 12.1, hereby stipulate that Defendant Avaya Inc. shall have an extension of time, through and until April 16, 2012, to respond to the Complaint For Copyright Infringement And Breach Of Contract filed by Plaintiffs in this case [Doc. 1].

Respectfully submitted this 27th day of March, 2012.


s/Wayne A. Ritchie II
WAYNE A. RITCHIE II, BRP#013936
RITCHIE, DILLARD, DAVIES
    & JOHNSON, P.C.
606 W. Main Street, Suite 300
Knoxville, TN 37902

PAUL R. GUPTA
CLIFFORD R. MICHEL
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142

**Attorneys for Defendant**

s/John L. Wood
REUBEN N. PELOT IV, BPR#014986
JOHN L. WOOD, BRP#27642
EGERTON, McAFEE, ARMISTEAD
    & DAVIS, P.C.
900 S. Gay Street
Knoxville, TN 37902

JAMES C. PISTORINO
PERKINS COIE, LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

**Attorneys for Plaintiffs**