UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC.,<br>SNMP RESEARCH<br>INTERNATIONAL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AVAYA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.:  3:12-CV-117<br>        (VARLAN/SHIRLEY) |

## ORDER

This civil action is before the Court on the Motion for Admission *Pro Hac Vice* [Doc. 4]. James C. Pistorino, counsel for plaintiffs, moves the Court for admission to appear in this action *pro hac vice*. It appearing to the Court that James C. Pistorino has met the requirements of E.D. Tenn. L.R. 83.5(b)(1), and for good cause shown, it is hereby ordered that the motion [Doc. 4] be **GRANTED** and that James C. Pistorino be admitted to practice before this Court for the pendency of this matter.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE