UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SNMP RESEARCH, INC., | ) | |
| SNMP RESEARCH, | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 3:12-CV-117 |
| | ) | (VARLAN/SHIRLEY) |
| AVAYA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Pursuant to 28 U.S.C. § 636(b), it is hereby **ORDERED** that the Motion for Order Amending Section 3(a) of the Scheduling Order [Doc. 26] is **REFERRED** to Magistrate Judge C. Clifford Shirley, Jr., for his consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE