UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SNMP RESEARCH, INC.,
SNMP RESEARCH INTERNATIONAL, INC.

　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No. 3:12-cv-00117

AVAYA INC.

　　　　　Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for AVAYA INC., moves for admission to appear in this action *pro hac vice*. (Check applicable box).

☑ I am a member in good standing of the highest court of a state, territory or the District of Columbia and I also am a member in good standing of another U.S. District Court. <u>A certificate of good standing from each of those courts (**state and district**) is attached.</u> (E.D. Tenn. L.R. 83.5(b)(1)). **FILING FEE = $60.00**

☐ I am a member in good standing of the highest court of a state, territory or the District of Columbia. <u>A certificate of good standing is attached.</u> An application for my admission to practice in this Court is currently pending. (E.D. Tenn. L.R. 83.5(b)(2)). **NO FILING FEE REQUIRED.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 13, 2012
　　　　　　　　(Date)

　　　　　　　　　　　　　　　　　　　　　　*(Signature)*

Name: Paul R. Gupta
Address: Orrick, Herrington & Sutcliff LLP
51 West 52nd Street
New York, NY 10019-6142

* * * INCLUDE CERTIFICATE(S) OF SERVICE * * *

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## PAUL R. GUPTA

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **July 8, 1975**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 13, 2012

Clerk of the Court

4190

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    **PAUL R. GUPTA**    </u>, Bar # <u>  **PG3139**  </u>

was duly admitted to practice in this Court on

<u>  **AUGUST 05th, 1975**  </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street New York, New York</u>    on    <u>JULY 12th, 2012</u>

<u>Ruby J. Krajick</u>     by    <u>[signature]</u>
Clerk                       Deputy Clerk